**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WENDY HALL** | § | |
| | § | **CIVIL ACTION NO. ________________** |
| **VS.** | § | |
| | § | |
| **WALMART INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES TEXAS 2007, LLC and WALMART SUPERCENTER #2978** | § § § § | |

---

**INDEX OF ATTACHED STATE COURT PLEADINGS AND FILING DATES**

---

| | | |
|---|---|---|
| 1. | State Court Docket Sheet | 04.10.25 |
| 2. | Plaintiff's Original Petition | 03.07.25 |
| 3. | Issuance of Citation for Walmart Inc. | 03.11.25 |
| 4. | Issuance of Citation for Wal-Mart Stores Texas 2007, LLC | 03.11.25 |
| 5. | Issuance of Citation for Wal-Mart Stores Texas, LLC | 03.11.25 |
| 6. | Issuance of Citation for Walmart Supercenter #2978 | 03.11.25 |
| 7. | Return of Service for Walmart Inc. | 03.14.25 |
| 8. | Return of Service for Wal-Mart Stores Texas 2007, LLC | 03.14.25 |
| 9. | Return of Service for Wal-Mart Stores Texas, LLC | 03.14.25 |
| 10. | Return of Service for Walmart Supercenter #2978 | 03.14.25 |
| 11. | Return of Executed Citation for Walmart Inc. | 03.14.25 |
| 12. | Return of Executed Citation for Wal-Mart Stores Texas 2007, LLC | 03.14.25 |
| 13. | Return of Executed Citation for Wal-Mart Stores Texas, LLC | 03.14.25 |
| 14. | Return of Executed Citation for Walmart Supercenter #2978 | 03.14.25 |
| 15. | Defendants' Original Answer | 04.04.25 |

**EXHIBIT A**